AO 442 (Rev. 11/11) Arrest Warrant

FBIF 10101218

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:16 CR 200 |
| Brandon Wagner | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Brandon Wagner
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

FILED 2016 JUN 20 PM 1:24 U.S. DISTRICT COURT NORTHERN DISTRICT OF OHIO CLEVELAND

Date: 06/14/2016

*Issuing officer's signature*

City and state: Cleveland, Ohio

Kenneth S. McHargh, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 6/17/16, and the person was arrested on *(date)* 6/16/16
at *(city and state)*

Date: 6/17/16

*Arresting officer's signature* Conyers for the FBI
L. Conyers / USMS

Detective Amelio Leanza
*Printed name and title*