Honorable Judge Christopher A. Boyko,

I am writing this letter for Brandon F. Wagner. My name is Avril F. Sutherland Wagner, I am Brandon's daughter, I am going to be 15 in May. I would like to say that my father is an intelligent, kind, and fun person. He taught me how to ride a bike, skateboard, and play guitar. He has stressed several times that I be strong, independent, and to stand up for myself. He's said that I can be whatever I want. He's talked to me about the dangers of drug use and how its hurt him. He's done this so I'm aware and don't end up hurting myself in the future. I miss my father and I love him. Thank you for letting me write this letter.

Sincerely,

Avril Sutherland Wagner



Honorable Judge Christopher A. Boyka,

    I am writing this letter for Brandon F. Wagner. My name is Avril F. Sutherland Wagner, I am Brandon's daughter, I am going to be 15 in May. I would like to say that my father is an intelligent, kind, and fun person. He taught me how to ride a bike, skateboard, and play guitar. He has stressed several times that I be strong, independent, and to stand up for myself. Hes said that I can be whatever I want. He's talked to me about the dangers of drug use and how its hurt him. He's done this so I'm aware and dont end up hurting myself in the future. I miss my father and I love him. Thank you for letting me write this letter.

                Sincerely,
                Avril Sutherland Wagner

March 8, 2017

Honorable Judge Christopher Boyko,

I am Avril D. Sutherland Wagner, Brandon F. Wagner is my son, he is before in this court for sentencing.

First I would like to thank the Federal Judicial system for the respect, medical, and mental health treatment he has received while in your custody. I have been a lifelong resident of Berea Ohio where I was employed as a school bus driver for over 36 years till I went on medical leave in 2008. I also worked for the City of Berea Police Dept. as a auxiliary officer till my parents got ill.

Brandon's father was a Vietnam vet, he came home with a honorable discharge after his tour of duty. And he came home with drug addiction and lots of mental issues. He was placed in a rehab/detox upon arrival, treated him for 8 weeks and sent him home. He struggled for years with it. He worked for Cleve. Elect Illuminating as a surveyor. A good employee, a kind loving man. Brandon and I came home and Brandon found him dead of a overdose in 1975, Brandon turned 3 a month later. That is his memory of his father. He never knew the details till he was around 18 years old. He was devastated.

In 1976 I bought a home 2 blocks away from my parents. My brother Alvin lived with us, he was 18 mo. older than me. He was my rock, he was Brandon's idol. He had been in a motorcycle accident in the late 70,s and had his leg amputated. In 1986 he died in an accident at the age of 33 and again we were devastated.

Brandon always worked since age 13, he started at the county fair. He did that for the next 4 summers for the same business, they said he was trustworthy and had a great "people personality". He attended Polaris Vocational School for graphic design and print. Society Bank was looking for a intern and his teachers all recommended him. He worked 4-6 hours a day then would return to school. He helped with the move to the new building downtown.
Brandon was not the type to stay out late, he was home every night ready for work the next day. He ran errands, cut grass, helped with the up keep of my parents and our home.

He was in his 20's when he decided to move out on his own with his childhood friend Shane. (Shane was diagnosed with stage 4 cancer 1-9-17 and passed away 2-1-17) After a year or so I saw he was drinking a lot, that didn't sit well with me cause Brandon was never a drinker. When asked again he said he was using heroin. A guy gave him some and he tried  it for a few days then he got the "fall" and was sick. He had no idea what he was doing. I brought him home and got him clean, but the addiction had already taken control. Not a lot of help out there in 1990's but he tried. He started to hate his self. He would be clean for periods of time and fall back. I was so hurt than angry. Brandon would say he made the choice, no one forced him, he thinks for his self, if I am to be mad be mad at him. He has battled his addition ever since, being clean then falling back to the misery. He would say that after the first few times you never get "high", you just try to get normal it's just like a plastic bag over your head and you just want air. He would always bring "strays" home, people who had no help and or family. They would get clean and

most have stayed clean, but Brandon didn't have it in him yet to be clean and sober. He was the one I could not save; my only child.

As my parents aged he was there for them, we promised them no nursing home if we could do it and we did, together, we diapered, medicated, bathe, shaved, cooked, and cared for their home. His grandparents knew of his drug addiction as he was the one who told them , they still loved him unconditionally. April 2002 my dad passed at age 89 in his home with Brandon at his side. When the funeral director came to get the body he assumed me he would make him look good, shave, trim and dress him. Brandon said he had taken care of this for all these years and he would do this for the last time for his grandpa. The director was impressed, not many people will do this when someone is alive let alone deceased. He shook Brandon's hand and said, when you are finished call.

The following month May 31, 2002 he was trying to get his child's mother clean as they found out she was pregnant. She was getting sicker he had me drive her to the hospital, she refused to go earlier. I dropped her to a security guard and explained the situation and said do not let her leave. I returned home to a call to get back they were taking the baby C section she was in duress. We got there and 15 min. later she was born 3lbs. about 6 months old premature. It would be touchy for the next 48hr. Social services stepped in, she had other children she had abandoned. Brandon said he can't take care of her would I take custody. I did.

Her name is Avril F-Marie Sutherland Wagner, at age 2 she started getting sick. No one could diagnose her illness, after 6 months of searching we were told she had "Chronic Systemic Juvenile Idiopathic Arthritis." -JIA. Only two doctors in our area of Ohio could treat her. She got a medi-part installed in her chest she got IVIG's infusions for 6 hrs 3 times a month. Injection 1x a week which Brandon gave sub-q. Then they started her on Kuneret everyday injection by home health nurse, Brandon continued the weekly injection. Things were good for a while then she starts getting sick. I find out the pharmacy that delivers the meds were tampering with it. I notified state Pharmacy Board and the J.B.I. She was under investigation for fraud and now adulteration of medication. Avril was not her only victim hundreds of lives were at risk, and she was licensed by the State of Ohio. She ended up getting 5-6 years. I fought for a full year to have them change her, finally they did. I referenced my sons drug addiction in court as a comparison.

Sept. 2011- Brandon takes his grandmother who is home/wheelchair bound to her doctors appt and to show her some new things in town. The very next day she died. Very peacefully at home, And again we were devastated, his daughter is just torn inside- she loved her "Granny."

Brandon would help Avril's girl scout troop, school, fix bikes for the kids and he taught a group how to change + fix bike tires. he gathered old skateboards and remade some from parts and gave them to kids. He talked to them about doing food in school, helping at home and in the neighborhood. He is a good person with a bad habit.

Dec. 2015, he told his daughter he was going to be going to CBCF after court, he would get drug treatment and mental health treatment. Things were looking up. He was to get plastic surgery and fitted for a shoe for his foot, get treated for hep C (has been waiting for years) get mental/drug

treatment, he was positive came home from court being put on probation; again no rehab, but he was doing good.

He started to change I Feb. 2016, we thought it was his meds being adjusted. He was going to probation and he tested dirty. He was sent to Jasc for a day long program but not violated by probation until after his arrest. He was not being medicated in the county or bandages change regularly. I spoke to ADAMHS of Cuy. Cty. I got a return call asking if the meds he was taking were his and was he going to a "pill mill". All his meds were from one doctor at Metro. I was told he is lucky to be alive, the meds were fueling his addiction and he is on a "deadly cocktail", and I should contact the State Medical Board which I did.

We saved his leg from being amputated, he gained weight, he took care of his legal issues, got his license back, made payments on a $350.00 care he picked up May 3. He got insurance as a early birthday gift from his aunt.

Your Honor Brandon Would never harm or hurt anyone. It's not his nature. At the Lakewood Police Dept. I've talked, Brandon, myself, and Dect. Leanza, Brandon gave permission to record it. He said if he could trade places with Corey he would, that Corey was a friend. Dect. Leanza said to me "Brandon is a "middler" that's what officers, detectives, and agents say, he is not a drug dealer, he hustles to cover his habit. He fixes broken computers, motorcycles etc, he runs for friends, but he needs help which I agreed.

This epidemic has grown in every city in the U.S., with a very diverse group of people, from the inner city to suburbia to rural areas. It's on the news almost daily, and still it destroys lives. I was asked why would anyone use knowing the dangers being reported? These people have a addiction, one addiction is not any better than the other. The urges they fight inside are real to them. There are no good answers but they all need help- each and everyone. I have tried to save my son and anyone who has asked for help. I soon realized they have to save themselves for their selves, they have to believe they have a worth in life, if you fall you have to get up and try. He did not get that way overnight, take it day by day and he did Your Honor.

All I ask is you look at the circumstances of the case and to help turn the epidemic around so no one else has to be hurt like Brandon's child, family and above all like Ms. Cook (Corey's) We all raise our children to be kind, respectful, positive examples, what path they take we have no control over. Thank-you, Your Honor.


Respectfully,
Ms. Avril D. Sutherland Wagner
724 Shakespeare Dr.
Berea, Ohio 44017
216-906-3714

1

March 8, 2017

Honorable Judge Christopher Boyko

I am Avril D. Sutherland-Wagner, Brandon F. Wagner is my son, he is before in this court for sentencing.

First I would like to thank the Federal Judical system for the respect, medical and mental health treatment he has recieved while in your custody.

I have been a life long resident of Berea Ohio where I was employed as a school bus driver for over 36 yrs till I went on medical leave in 2008. I also worked for the City of Berea Police Dept. as a auxillary officer till my parents got ill.

Brandon's father was a Vietnam vet, he came home with a honorable discharge after his tour of duty. And he came home with drug addiction and lots of mental issues. He was placed in a rehab/detox upon arrival, they treated him for 8 weeks and sent him home. He struggled for years with it. He worked for Cleve. elect. Illuminating as a surveyor. A good employee, a kind loving man. Brandon and I

2

came home and Brandon found him dead of a overdose in 1975, Brandon turned 3 a month later. That is his memory of his father. He never knew the details till he was around 18 yrs old. He was devasted.

In 1976 I bought a home 2 blocks away from my parents. My brother Elvin lived with us, he was 18 mo. older than me. He was my rock, he was Brandon's idol! He had been in a motocycle accident in the late 70's and had his leg amputated. In 1986 he died in a accident at the age of 33 and again we were devasted.

Brandon always worked since age 13, he started at the county fair. He did that for the next 4 summers for the same business, they said he was trustworthy, and had a great "people" personality. He attended Polaris Vocational School for graphic design and print. Society Bank was looking for a intern and his teachers all recommended him. He worked 4-6 hrs a day then would return to school. He helped with the move to the new building downtown.

Brandon was not the type to stay out late, he was home every nite

3

ready for work the next day. He ran errands, cut grass, helped with the upkeep of my parents and our home.

He was in his 20's when he decided to move out on his own with his childhood friend Shane. (Shane was diagnosed with stage 4 cancer 1-9-17 and passed away 2-1-17.) After a year or so I saw a change in Brandon. He said he was drinking alot, that didn't sit well with me cause Brandon was never a drinker. When asked again he said he was using herion. A guy gave him some and he tried it for a few days then he got the "flu" and was sick. He had no idea what he was doing. I brought him home and got him clean, but the addiction had already taken control. Not alot of help out there in 1990's but he tried. He started to hate his self. He would be clean for periods of time and fall back. I was so hurt then angry. Brandon would say he made the choice, no one forced him, he thinks for his self, if I am to be mad be mad at him. He has battled his addiction ever since, being clean then falling back to the misery. He would say that

4

after the first few times you never get "High"
you just try to get normal, its like
a plastic bag over your head and you
just want air. He would always bring
"Strays" home, people who had no help
or family. They would get clean and
most have stayed clean, but Brandon
didn't have it in him yet to be
clean and sober, he was the one I
could not save; my only child.

As my parents aged he was there
for them, we promised them no nursing
home if we could do it and we did,
together, we diapered, medicated, bathe,
shaved, cooked and cared for there
home. His grandparents knew of his
drug addiction as he was the one
who told them, they still loved him
unconditionally. April 2002 my dad
passed at age 89 in his home with Brandon
at his side. When the funeral director
came to get the body she assured me
she would make him look good, shave,
trim & dress him. Brandon said he
had taken care of this for all these
years and he would do this for the
last time for his grandpa. The director
was impressed, not many people
will do this when someone is alive
let alone deceased. He shook Brandon's
hand and said, when you are finish
call.

The following month May. 31, 2002

he was trying to get his child's mother clean as they found out she was pregnant. She was getting sicker she had me drive her to the hospital, she refused to go earlier. I dropped her to a security guard and explained the situation and said do not let her leave. I returned home to a call to get back they were taking the baby C section she was in duress. We got there and 15 min. later she was born 3 lbs. about 6 months old premature. It would be touchy for the next 48 hr. Social services stepped in, she had other children she had abandoned. Brandon said he can't take care of her would I take custody. I did,

    Her name is Avril Fitzgerelle-Marie Sutherland-Wagner, at age 2 she started getting sick. No one could diagnose her illness, after 6 months of searching we were told she had "Chronic Systemic Juvenile Idiopathic Arthritis." - JIA. only 2 doctors in our area of Ohio could treat her. She got a Medi-Port installed in her chest she got IVIG's infusions for 6 hrs 3 times a month. Injection 1x a week which Brandon gave sub-q. Then they started her on Kineret everyday injection by home health nurse, Brandon continued the weekly injection. Thing were good for a while then she starts getting sick. I find out the pharmacy that delivers the meds

6

were tampering with it. I notified State Pharmacy Board and the F.B.I. She was under invistigation for fraud and now adultaration of medication. Auril was not her only victim hundreds of lives were at risk, and she was licensed by the State of Ohio. She ended up getting 5-6 yrs. I fought for a full year to have them charge her, finally they did. I referenced my son's drug addiction in court as a comparasion.

Sept. 2011 - Brandon takes his Grandmother who is home/wheelchair bound to her doctor's appt and to show her some new things in town. The very next day she died. Very peacefully at home. And again we are devasted, his daughter is just torn inside - she loved her "Granny".

Brandon would help Auril's girl scout troop, school, fix bikes for the kids and he taught a group how to change + fix bike tires. He gathered old skateboards and remade some from parts and gave them to kids, he talked to them about doing good in school, helping at home and in the neighborhood. He is a good person with a bad habit.

Dec 2015, he told his daughter he was going to be going to CBCF after court, he would get drug treatment and mental health treatment. Things were

looking up. He was to get plastic surgery and fitted for a shoe for his foot, get treated for hep C. (has been waiting for years) get mental/drug treatment, he was positive came home from court being put on probation, again no rehab, but he was doing good.

He started to change in Feb. 2016, we thought it was his meds being adjusted. He was going to probation and he tested dirty. He was sent to Jase for a day long program but not violated by probation until after his arrest. He was not being medicated in the county or bandages change regularly. I spoke to ADAMHS of cuy. cty. I got a return call asking if the meds he was taking were his and was he going to a "pill mill". All his meds were from one doctor at Metro. I was told he is lucky to be alive, the meds were fueling his addiction and he is on a "deadly cocktail"; and I should contact the State Medical Board which I did.

We saved his leg from being amputated, he gained weight, he took care of his legal issues, got his license back, made payments on a $350.00 car he picked up May 2 and it broke down May 3. He got insurance as a early birthday gift from his Aunt.

Your Honor, Brandon would never harm or hurt anyone. Its not his nature. At the Lakwood Police Dept we talked, Brandon, myself and Dect. Leanza, Brandon gave permission to record it. He said if he could trade places with Corey he would, that Corey was a friend. Dect. Leanza said to me "Brandon is a "middler" thats what officers, detectives and agents say, he is not a drug dealer, he hustles to cover his habit. He fixes broken computers, motarcycles etc, he runs for friends, but he needs help which I agreed.

This epidemic has grown in every city in the U.S., with a very diverse group of people, from the inner city to suburbia to rural areas. Its on the news almost daily and still it destroys lives. I was asked why would anyone use knowing the dangers being reported? These people have a addiction, one addiction is not any better than the other. The urges they fight inside are real to them. There are no good answers but they all need help - each and everyone. I have tried to save my own and anyone who has asked

9

for help. I soon realized they have
to save themselves for theirselves,
they have to believe they have a
worth in life; if you fall you
have to get up and try. He did not
get that way overnight, take it day
by day and he did Your Honor.

All I ask is you look at the
circumstances of the case and to
help turn the epidemic around
so no one else has to be hurt
like Brandon's child, family, and
above all like Ms. Cook (Corey's)
We all raise our children to be
kind, respectful, positive examples,
what path they take we have no
control over. Thank-you, your Honor

Respectfully,
    Ms. Avril D. Sutherland-Wagner
724 Shakespeare Dr.
Berea, Ohio 44017
216-906-3714

3-7-17

Dear Judge Boyko,

I am writing you on behalf of my close friend Brandon Wagner. He has been battling an
addiction to drugs for years. This has taken quite a toll on not only him but his family and so
many close friends that care about him. However lengthy his record may be I am positive he
wouldn't have a record if not for this addiction. Brandon has a big heart and genuinely cares for
people and this is why I have never turned my back o him. I could always trust him even during
rough periods of addiction. I am also an addict, my addiction is to alcohol. A very close friend of
Brandon's since we were just out of high school persuaded me to finally seek help. His name was
Frank and he also had suffered from drug and alcohol addiction. He was my best friend of almost
30 years. I suffered from anxiety attacks and panic attacks which lead to my drinking to be out of
control to where my health was going downhill very quickly and I was in imminent danger. My
close friends and family asked me to get help and I wanted help but no longer had a job or
insurance and did not know what to do. O could barely eat or sleep and Frank let me stay at his
house and guided me through getting checked in at Stella Maris. He had been in the program of
AA for years and he had been talking to me the whole time about giving it a try long before my
addiction was bad. At the time I wasn't sure if I was an alcoholic but knew I was very unhappy
and drank too much. I never thought my situation would ever be so bad that I couldn't work and
would be homeless if not for friends and family.

With much love and support from friends and family I have been sober since I checked into
rehab I June of 2015. Frank took his own life the day after I checked in. Losing him has been as
difficult as anything I ever faced. The reason I tell you this is Frank was so happy when Brandon
and I became close friends not just casual acquaintances because he had always told me what a
good person with a big heart he was and that he was just like us. I know for a fact Frank would
be writing you on Brandon's behalf if here were still here because he wanted to help him but
Frank always told me you cannot force someone just like he never did with me. I am praying that
I may have the chance to help support Brandon as he overcomes his addiction just as Frank did
for me. Brandon was blessed just as myself to have great friends and family that care so much. I
know he wants a chance to try and lice a sober life on the outside and I am sure he can be
successful given the chance. If there were ever a person that was worth saving it is defiantly
Brandon. His mother Avril, his daughter of the same name and his Aunt Muriel are wonderful
people that care so much for him and I'm sure are suffering much worse than Brandon is due to
his incarceration. Judge Boyko, please have mercy and leniency so he can have one more chance.
I thank you so much for taking the time to read this.

Sincerely,

Stephen Miller

From: **Stephen Miller** swmiller1372@gmail.com
Subject: Brandon Wagner
Date: March 7, 2017 at 10:55 PM
To: RAPesq@aol.com



Dear Judge Boyko, I am writing you on behalf of of my close friend Brandon Wagner. He has been battling an addiction to drugs for years. This has taken quite a toll on not only him but his family and so many close friends that care about him. However lengthy his record may be I am positive he wouldn't have a record if not for this addiction. Brandon has a big heart and genuinely cares for people and this is why I have never turned my back on him. I could always trust him even during rough periods of addiction. I am also an addict, my addiction is to alcohol. A very close friend of Brandon's since we were just out of high school  persuaded me to finally seek help. His name was Frank and he also had suffered from drug and alcohol addiction. He was my best friend of almost 30 years. I suffered from anxiety and panic attacks which led to my drinking to be out of control to where my health was going downhill very quickly and I was in imminent danger. My close friends and Family asked me to get help and I wanted help but no longer had a job or insurance and did not know what to do. I could barely eat or sleep and Frank let me stay at his house and guided me through getting checked in at Stella Maris. He had been in the program of AA for years and had been talking to me the whole time about giving it a try long before My addiction was bad. At the time I wasn't sure if I was an alcoholic but knew I was very unhappy and drank too much. I never thought my situation would ever be so bad that I couldn't work and would be homeless if not for friends and family.

With much love and support from friends and family I have been sober since I checked in to rehab in June of 2015. Frank took his own life the day after I checked in. Losing him has been as difficult as anything I ever faced. The reason I tell you this is Frank was so happy when Brandon and I became close friends not just casual acquaintances because he had always told me what a good person with a big heart he was and that he was just like us. I know for a fact Frank would be writing you and Brandon's behalf if he were still here because he wanted to help him but Frank always told me you cannot force someone just like he never did with me. I am praying that I may have the chance to help support Brandon as he overcomes his addiction just as Frank did for me. Brandon has other very close friends just like me that have been in the program much longer that are more than willing to lead the way. I am relatively new at this but I am so happy to be here now, sober. Brandon was blessed just as myself to have great friends and family that care so much. I know he wants a chance to try and live a sober life on the outside and I am sure he can be successful given the chance. If there were ever a person that was worth saving it is definitely Brandon. His mother Avril, his daughter of the same name and his Aunt Muriel are wonderful people that care so much for him and I'm sure are suffering much worse then Brandon is due to his incarceration. Judge Boyko, please have mercy and leniency so he can have one more chance. I thank you so much for taking the time to read this, sincerely, Stephen Miller

Sent from my iPhone

March 7, 2017

Honorable Judge Christopher A. Boyko,

Your Honor I am writing about my nephew Brandon Wagner. I am a sixty eight year old, and one  of the safe care provider of Avril Sutherland Wagner. Avril is Brandon's fourteen year old daughter and has been in my care since she was born due to her parents drug problems.

I'm not going to tell you about how cute and sweet he was when he was three years old, or seven years or even eleven. No stories about school or Tball games I would drive six hours one way to see. Only that Brandon had his father, and uncle he loved die and leave him at a early age. I think it was one of the reasons he felt it was better to turn to drugs than feel the pain.

Brandon is a very intelligent kind hearted person. He always will do for others rather than himself. I think it to a fault because he always wants to stop others from doing drugs, but can't help himself stop.

He  is always telling me that I have to live forever so I can safe guard his daughter. Like I tell him that's a pretty large request - Brandon just get your life together. I love Brandon and I hope one day he will get the help he needs to fight his demons for good.


Sincerely,

Muriel Jennell Hamptor

March 7, 2017

Honorable Judge
Christopher A. Boyko

Your Honor I am writing about
my nephew Brandon F. Wagner. I
am a sixty eight year old and one
of the sole care provider of Avril
F. Sutherland-Wagner. Avril is Brandons
fourteen year old daughter and has
been in my care since she was
born due to her parents drug
problems.

I'm not going to tell you about
how cute and sweet he was when
he was three years old, or seven
years or even eleven. No stories
about school or T ball games I
would drive six hours one way to
see. Only that Brandon had his
father, and uncle he loved die and
leave him at a early age. I think
it was one of the reasons he felt
it was better to turn to drugs then
feel the pain.

Brandon is a very intelligent kind
hearted person. He always will do
for others rather then himself, I
think it to a fault, because he
always wants to stop others from
doing drug, but can't help himself
stop.

He is always telling me that I have to live forever, so I can safe guard his daughter. Like I tell him thats a pretty large request - Brandon just get your life together.

I love Brandon and I hope one day he will get the help he needs to fight his demons for good.

Sincerely,

Muriel Jennell Hampton

3-7-17

Dear Judge Boyko,

I am writing to you in behalf of Brandon Wagner. In considering his sentencing please take into account that though he has made mistakes, I have always known him to try to be a good and decent person. He has people, including me, that care what happens to him and will help if we can. Thanks for the time.

Respectfully,

Grant Smrekar

From: **grant smrekar** grantsmrekar@gmail.com
Subject: Brandon Wagner sentencing
Date: March 7, 2017 at 11:10 AM
To: RAPesq@aol.com

Dear Judge Boyko,

I am writing to you in behalf of Brandon Wagner.  In considering his sentencing please take into account that though he has made mistakes,  I have always known him to try to be a good and decent person. He has people , including me , that care what happens to him and will help if we can.  Thanks for your time.

Grant smrekar

3-7-17

Dear Judge Boyko,

This is Shawn Antolik. I have been to prison and suffered the same addiction as my good friend Brandon. After prison I went to the Lantern. A treatment center. I just celebrated 10 years sober. Brandon is a great guy with a lot of talent and potential. I pray he gets the help he needs and I will do anything to help him along with his sobriety. Brandon has a lot of goodness in him. Please conisder treatment as an option in his sentencing.

Sincerely,

Shawn Matthew Antolik

If you have any questions feel free to call me anytime (216)513-3123.

From: **Shawn Antolik** shawn.antolik1969@gmail.com
Subject: Dear Judge Boyko. This is Shawn Antolik. I have been to prison and suffered the same addiction as my good friend Brandon. After prison I went to the Lantern. A treatment center. I just celebrated 10 years sober. Brandon is a great guy with a lot of talent and potential. I pray he gets the help he needs and I will do anything to help him along with his sobriety Brandon has a lot of goodness in him. Please consider treatment as an option in his sentencing. Sincerely. Shawn Matthew Antolik. If you have any questions feel free to call me anytime 216 513 3123.
Date: March 7, 2017 at 11:10 AM
To: RAPesq@aol.com

Sent from my iPhone

3-7-17

Dear Judge Boyko,

This is David Olajos Cultural Committee Ambassador for Southwest Airlines here in Cleveland OH. I also volunteer my time with Public Square Group…a non-profit organization geared towards skateboarding culture. I've known Brandon for quite some time through the skateboarding community & the local music community. I looked up to him at a time when he was sober and clean… prior to his struggles with addiction…and I know he has struggled with addiction and it has destroyed his life and others around him. Our friends and family have requested us to send an email to show that he is cared about in the community (music and skateboarding) and that if given a chance to sober up and turn his life around he is worth considering the opportunity. Thank you and God bless!

Sincerely,

Davey Olajos

From: **Davey Olajos** daveyolajos@me.com
Subject: Dear Judge Boyko
Date: March 7, 2017 at 11:31 AM
To: RAPesq@aol.com



Hello Judge Boyko, this is David Olajos  Cultural Committee Ambassador for Southwest Airlines here in Cleveland OH. I also volunteer my time with Public Square Group... a non-profit organization geared towards skateboarding culture. I've known Brandon for quite some time through the skateboarding community & the local music community. I looked up to him at a time when he was sober & clean....prior to his struggles with addiction....& I know he has struggled with addiction & it has destroyed his life & others around him...Our friends & family have requested us to send an email to show that he is cared about in the community (music & skateboarding) & that if given a chance to sober up & turn his life around he is worth considering the opportunity. Thank you & god bless!

3-7-17

Dear Judge Boyko,

Thanks for taking the time to read this letter. I have been friends with Brandon Wagner since 1989. He is a good kid, and very talented artist. He has made some mistakes, but deep down he is a loving person with a kind heart. He has made so many people happy with his music, and skateboarding. I believe he can turn his life around, from this scourge of drug addiction that plagues many of our people, and can become a great asset to society.

Sincerely,

Johnny Witmer
Hollywood, CA

From: **Johnny Witmer** johnnywitmer@gmail.com
Subject: Brandon Wagner
Date: March 7, 2017 at 11:35 AM
To: RAPesq@aol.com



Dear Judge Boyko, thanks for taking the time to read this letter. I have been friends with Brandon Wagner since 1989. He is a good kid, and very talented artist. He has made some mistakes, but deep down he is a loving person with a kind heart. He has made so many people happy with his music, and skateboarding. I believe he can turn his life around, from this scourge of drug addiction that plagues many of our people, and can become a great asset to society.


Sincerely,

Johnny Witmer
Hollywood, CA

3-8-17

Dear Judger Boyko,

This letter is in reference to Brandon Wagner. I have known Brandon for almost 30 years and he is one of the most talented, committed, and passionate people I have ever met. He has been very successful and has brought a lot of joy to people in the things he pursued  in life. I'm sure if he focuses his energy towards positive situations and surrounds himself around peers who have followed a similar path and have a program for their recovery, he will return to the person her really is. Which is a creative, talented and generous friend that can do anything he sets his mind to.

Thank You,
Jim Hill

From: **James Hill** jhillrollwithit@gmail.com
Subject: Brandon Wagner
Date: March 8, 2017 at 6:59 AM
To: RAPesq@aol.com

Dear Judge Boyko
This letter is in reference to Brandon Wagner. I have known Brandon for almost 30 years and he is one of most talented, committed and passionate people I have ever met. He has been very successful and has brought a lot of joy to people in the things he pursued in life. I'm sure if he focuses his energy towards positive situations and surrounds himself around peers who have followed a similar path and have a program for their recovery, he will return to the person he really is. Which is a creative, talented and generous friend that can do anything he sets his mind too.

Thank you
Jim Hill

Sent from my iPhone

3-8-17

Dear Judge Boyko,

I am writing this letter in hopes of shedding a little light on the side of Brandon Wagner that I know. A side that I know can be easily missed judging by his exterior. I've known Brandon Wagner and his mother Avril for 22 years now. Brandon and his mother gave me a place to stay when I had nowhere to go. They took me in and fed me and loved me like I was their family when my own was falling apart. No matter where or when I could always count on Brandon to pick up the phone and help me if I had nobody else to turn to. He cheered me up, made me laugh, gave me good advice, even if he had trouble following his own. I've travelled the United States alongside Brandon and shared countless hours of quality conversations. Believe me, he's a lot more intelligent than he looks. You don't have to scratch too far beneath the surface to see that he's a good person. He needs the chance to redeem himself.  I've seen him trying for years to get himself on the right track and I truly believe he's about there. I myself suffered through addiction for almost a decade, gaining ground little by little, until I was able to turn my life sound. Today I have a normal life. A good job, a relationship with my  family, and a regular member of my community. I know that Brandon only wants these simple things too. I have written countless others from my past off as lost causes easily, never looking back. And good riddance to them. I have never ever thought that way about Brandon. I have faith in him. I only ask is that you can find a way to have a little bit of faith in him as well. Thanks for your time.

Michael J D'Amico
Long Beach, CA

From: **Michael D'Amico** michaeljdamico777@gmail.com
Subject: Brandon Wagner
Date: March 8, 2017 at 12:04 AM
To: RAPesq@aol.com

Dear Judge Boyko,
I am writing this letter in hopes of shedding a little light on the side of Brandon Wagner that I know.  A side that I know can be easily missed judging by his exterior. I've known Brandon Wagner and his mother Avril for 22 years now. Brandon and his mother gave me a place to stay when I had nowhere to go. They took me in and fed me and loved me like I was their family when my own was falling apart.  No matter where or when I could always count on Brandon to pick up the phone and help me if I had nobody else to turn to. He cheered me up, made me laugh, gave me good advice, even if he hard trouble following his own. I've travelled the United States alongside Brandon and shared countless hours of quality conversation.  Believe me, he's a lot more intelligent than he looks.  You don't have to scratch too far beneath the surface to see that he's a good person. He needs the chance to redeem himself. I've seen him trying for years to get himself on the right track and I truly believe he's just about there. I myself suffered through addiction for almost a decade, gaining ground little by little, until I was able to turn my life sound. Today I have a normal life. A good job, a relationship with my family, and a regular member of my community. I know that Brandon only wants these simple things too. I have written countless others from my past off as lost causes easily, never looking back. And good riddance to them. I have never ever thought that way about Brandon. I have faith in him. I only ask is that you can find a way to have a little bit of faith in him as well. Thanks for your time.
Michael J D'Amico
Long Beach, CA

Sent from my iPhone

3-7-17

Dear Judge Boyko,

Hello, your Honor. I am writing you about my friend Brandon Wagner. I have known Brandon Wagner and his mother since my family moved to Berea in the late eighties. Brandon's mother was my school bus driver. Brandon has always been a solid guy that many friends could count on. Brandon has always had a positive personality. He always had a way of making friends laugh and generally just have a good time. I moved out of Berea in 1996, years had passed before I came back to Cleveland, but when I returned in early 2000 I saw Brandon and he was still that guy from Berea that would help anyone out that needed him if it was fixing you car, or your motorcycle Brandon would do his best to help you out if he could do so. I know Brandon has struggled with addiction as it has taken his life in the most negative direction. Brandon was always trying to beat his addiction and at times he was above it all. If Brandon found out any of his friends were struggling  with drugs he would pull them aside and tell them the horrors of addiction in hopes that they would take another path, Brandon was selfless in that way. Brandon is truly a loyal, caring, and compassionate person that would do anything for anyone. Brandon comes from such a loving mother that has done everything to love and help her son. I could spend all day writing about all the experiences I had with Brandon, but I know that I can't. Judge Boyko thank you for reading my letter. I hope that you take mercy on Brandon he is such a good guy.

Sincerely,

Angel L Feckner

From: **angel Feckner** angelivy88@msn.com
Subject: Judge Boyko
Date: March 7, 2017 at 11:32 PM
To: RAPesq@aol.com



Dear Judge Boyko,

          Hello , your Honor. I am writing you about my friend Brandon Wagner. I have known Brandon Wagner and his mother since my family moved to Berea in the late eights.Brandon's mother was my school bus driver.   Brandon has always been a solid guy that many friends could count on. Brandon has always had a positive personality . He always had away of making his friends laugh and generally just have a good time.   I moved out of Berea in 1996, years had past before I came back to Cleveland.  but when I returned in early 2000 I saw Brandon and he was still that guy from Berea that would help anyone out that needed him  if it was fixing your car , or your motorcycle Brandon would do his best to help you out if he could do so. I know Brandon has struggled with addiction as it has taken his life in the most negative direction . Brandon was always trying beat his addiction and at times he was above it all.  If  Brandon found out any of his friends where struggling with drugs he would pull them aside and tell them the horrors of addiction in hopes that they would take another path, Brandon was selfless in that way. Brandon  is truly a loyal, caring,  and compassionate person that would do anything for anyone .Brandon comes from such a loving mother that has done everything to love and help her son.  I could spend all day writing about all the experiences I had with Brandon , but I know that I can't . Judge Boyko thank you for reading my letter .  I hope that you take mercy on Brandon he is such a good guy.

sincerely , Angel L  Feckner

3-7-17

Dear Judge Boyko,

My name is Dean Lanigan and I am a long time friend of Brandon Wagner. I have known Brandon for about 30 years. In this time we have been co-workers, band mates, roommates, and good friends. I have gone through a lot of what Brandon has. We've traveled the same path for many years. Unfortunately (yet fortunately for me) he fell back into a pattern that I managed to stay out of for 9 years now. He has never stopped being a friend. Brandon has a good heart and has a beautiful daughter that he adores. He unfortunately also has demons which I have seen him overcome in the past. I believe Brandon could better his life given the proper chance. I believe a long prison sentence will only end up for the worse. Both his family and his daughter deserve the chance to see the real Brandon again. Please take what I say into consideration. Brandon is not a hardened criminal… Yet. Let's try to prevent this by giving him one more chance at a productive life in society. This is what I, and anyone who actually knows and cares about him believes is the answer.  Thank you for your time.

Sincerely,

Dean Lanigan

From: **dean l** thelanigan77@gmail.com
Subject: Brandon Wagner
Date: March 7, 2017 at 5:26 PM
To: RAPesq@aol.com

Dear Judge Boyko,
My name is Dean Lanigan and I am a long time friend of Brandon Wagner. I have known Brandon for about 30 years. In this time we have been co-workers, band mates, roommates and good friends. I have gone through a lot of what Brandon has. We've traveled the same path for many years. Unfortunately (yet fortunately for me) he fell back into a pattern that I managed to stay out of for 9 years now. He has never stopped being a friend. Brandon has a good heart and has a beautiful daughter that he adores. He unfortunately also has demons which I have seen him overcome in the past. I believe Brandon could better his life given the proper chance. I believe a long prison sentence will only end up for the worse. Both his family and his daughter deserve the chance to see the real Brandon again. Please take what I say into consideration. Brandon is not a hardened criminal..... Yet. Let's try to prevent this by giving him one more chance at a productive life in society. This is what I, and anyone who actually knows and cares about him believes is the answer.
Thank you for your time.
Sincerely, Dean Lanigan

Dear Judge Boyko,

Hello, Your Honor. I am writing to tell you about the Brandon Wagner that I know.

I went to Berea High School with Brandon. He and I had many mutual friends (we still do), and I remember him always being a good guy. He was nice and respectful and funny and cool. Hence, he was very popular with everyone, from many different walks of life, and had a ton of good, respectable friends. Literally EVERYONE liked Brandon.

I graduated from Berea High in 1992 and went to directly to Kent State University through 1996. I did not see Brandon during that time. After Kent State I moved to Tampa, Florida with my family in 1997, and I lived there for seven years. I did not visit Cleveland during that time (1997-2004) but, as all Clevelanders do, I maintained a relationship with my friends from grade school.

I missed Cleveland and my friends terribly, so in 2004 I moved back to my dear hometown. Naturally, Brandon and I still had the same circle of friends.

Shortly after my return to Cleveland I ran into Brandon. "This" Brandon had developed a serious drug problem. However, it was strange to me because he was still the same Brandon that I'd known for all these years. He was still kind, nice, and gentle. The only difference was that THIS Brandon was addicted to drugs. His longtime friends were still by his side, trying to help him through his addiction in any way possible. My point is that, even in his despair, he never lost his friends. He was still the same "good guy" that we all knew for years and years, and no one was giving up on him.

On August 23, 2009 I was bit in the face by a Pitbull/Rottweiler mix. Two surgeries and 300 stitches later, my face has healed wonderfully. However, I was prescribed Percocet after my first surgery and I developed a strong addiction to opiates.

I know how powerful these drugs are, from personal experience. I know how they, somehow, take over and become everything. I remember being in the throes of my addiction. Somehow Brandon found out, presumably through our many mutual friends, and he contacted me. He asked what was going on with me, and I was honest with him. He and I talked for a while as he told me about some of his horrible experiences. He urged me to get help, and I trusted that he was giving me good advice because he could, unfortunately, relate to the way I was feeling. I believe, in my heart, that he was trying to protect me.

I went to inpatient rehabilitation at Glenbeigh three times over two years. Only by the grace of God, I am proud to say that I have been drug free since February 2012.

Brandon did not have the same opportunities I did. He did not have access to intense, inpatient rehabilitation. I still have friends that I met in rehab, who are still sober, ONLY because of the counseling and rehabilitation we received. I wish that Brandon had been given that chance.

I thank you for reading my letter, and I hope it may shed some insight into Brandon Wagner, THE Brandon Wagner that we all know.


Respectfully,

Bryna S. Wesley

Honorable Judge Christopher Boyko,

I am writing in support of Brandon Wagner, as a childhood friend with many great memories of a young man who touched many lives in a positive light. I recall Brandon as a kind and generous young person, with a humble demeanor, who was always there for his friends when in need. We shared a love of skateboarding and music, and we spent many days engaging in these activities, all the while laughing and sharing good natured jokes.

Very specifically, Brandon had a large impact on my own life and career. I recall Brandon being a champion for students who were socially marginalized, or even bullied. I remember Brandon befriending several of these students, and making them feel welcomed in an environment (High School) which can be so cruel to many. Brandon was always quick to include those who felt left out, and would not tolerate belittling or demeaning others, regardless of their social status. I was struck by this, and when looking back at my own growth and maturity, can easily cite Brandon as an influence in my personal and professional development.

I have spent the last 17 years being a champion of students who have struggled in the difficult social environment that traditional schools can be. I feel comfortable serving students who struggle in these settings, in part due to the standard set by Brandon when we were just kids ourselves. I am forever grateful for his example, and it has shaped my professional career. I have completed two Master's Degrees in an effort to better serve students who have been left behind more effectively, and will continue to do this important work which began with a friend reminding myself and others that there is value in everyone's life. Again, I thank Brandon for his maturity and empathy during an important time in my life.

Thank You,

Jay Liedel
Lead Teacher
On-Site Program
Stark County Educational Service Center

From: **jay liedel** jayliedel@yahoo.com 🖉
Subject: Letter for Brandon Wagner
Date: March 8, 2017 at 7:48 AM
To: RAPesq@aol.com

Hi, I am including this letter here and will attach as a word doc. Please let me know if you need anything else.  Thank you! Jay Liedel

Honorable Judge Christopher Boyko,

I am writing in support of Brandon Wagner, as a childhood friend with many great memories of a young man who touched many lives in a positive light. I recall Brandon as a kind and generous young person, with a humble demeanor, who was always there for his friends when in need. We shared a love of skateboarding and music, and we spent many days engaging in these activities, all the while laughing and sharing good natured jokes.

Very specifically, Brandon had a large impact on my own life and career. I recall Brandon being a champion for students who were socially marginalized, or even bullied. I remember Brandon befriending several of these students, and making them feel welcomed in an environment (High School) which can be so cruel to many. Brandon was always quick to include those who felt left out, and would not tolerate belittling or demeaning others, regardless of their social status. I was struck by this, and when looking back at my own growth and maturity, can easily cite Brandon as an influence in my personal and professional development.

I have spent the last 17 years being a champion of students who have struggled in the difficult social environment that traditional schools can be. I feel comfortable serving students who struggle in these settings, in part due to the standard set by Brandon when we were just kids ourselves. I am forever grateful for his example, and it has shaped my professional career.  I have completed two Master's Degrees in an effort to better serve students who have been left behind more effectively, and will continue to do this important work which began with a friend reminding myself and others that there is value in everyone's life. Again, I thank Brandon for his maturity and empathy during an important time in my life.

Thank You,

Jay Liedel
Lead Teacher
On-Site Program
Stark County Educational Service Center

March 7, 2017

The Honorable Christopher A. Boyko
Carl B. Stokes United States Courthouse
801 West Superior Ave. Courtroom 15B
Cleveland, OH 44113

RE: United States of America vs. Brandon Wagner

Dear Judge Boyko,

    I have known Brandon since we were 3 yrs. old. Over 40 years. I know that he is a good person that has been addicted to Heroin and Alcohol since his teen years. I am hoping that with some leniency on his sentencing, that he may be able to recover from his addiction as I myself and many others have. He has a very good Family and a great support group behind him. In 2002 I was sentenced to probation on a drug related charge, and have been clean and sober since. I hope that it is not too late for Brandon to have this same opportunity of recovery. Thank you for your time.

Sincerely,

Chuck Uhler
3445 Palmer Dr.
Rocky River, Ohio 44116
(216)702-8838



From: **Matt Bishop** mattlbishop@hotmail.com
Subject: Dear Judge Boyko RE: Brandon Wagner
Date: March 7, 2017 at 4:31 PM
To: RAPesq@aol.com

Your Honour,

This letter is regards to the character of Brandon Wagner.  I have known Brandon for six years.  In that time I have known Brandon to be a kind, personable and very talented individual.  Any problems that he might have had were never encouraged or brought into our relationship.  I have known Brandon to be a good person and I am sure if given a chance he can turn his life around and possibly help others with the same issue.

Thank you for your time.

Matthew Bishop
Friend thru music and skateboarding
Windsor, Ontario Canada

Dear Judge Boyko:                                              March 7, 2017

My name is Michael Lohrman and I put in a fairly average amount of effort into the program of Alcoholics Anonymous. I say 'average' because there is only one scale of judging how an individual fares at it- if a person does the average amount of work they stay sober, if they put in less than average they get drunk. I have been sober for 11 years. I feel that I have had to work hard at getting to a level where I can be an integral part of society and the community around me and through all of that hard work I feel secure to land at an 'average' place- a man among men, a worker among workers. I have a 9-5 desk job, a mortgage payment, a lovely wife, two beautiful daughters, two dogs and a station wagon. I maintain my standings in all the aforementioned areas by applying the principles of the 12 steps to them and by staying active in the program of Alcoholics Anonymous. I'm very grateful to be where I'm at today because it hasn't always been this way. I was at a spot in my life when I didn't think there was any other way out and I found that, contingent on a few simple tasks, there was a path to an infinitely more fulfilling way of life. Unfortunately, many I have tried to help find this new way of life haven't been able to do what it takes to stay the course and reap the benefits of their efforts. It's a brutal disease…

My primary purpose as a recovering alcoholic is to stay sober and help others to achieve sobriety. In doing so, it helps me stay sober by reminding me of where I come from, and constantly refreshing the 12 steps in me while walking others through them. But, as I mentioned in the paragraph above, not many make it…I believe most of them fail because they cannot grasp what the benefits are to following through with what I now consider to be a few simple tasks: call their sponsor every morning, complete the reading and writing assignments in conjunction with the step they are working on in a timely manner, commit to a regular meeting schedule of 90 meetings in the first 90 days and no less than four meetings a week after and to pick up at least one commitment at those meetings. Doesn't seem like too much to ask of a person who's life is literally dependent on following through on those things, does it? If you are familiar with the disease of alcoholism and drug addiction and the low percentage rate of people who combat it and succeed to even the relatively low number of five years, then you certainly aren't surprised when I say that it seems to be way too much to ask of them….and they subsequently pay the consequences of their actions, or lack of actions, depending on how you see it. On that note, I am in no way attempting to sway you into the thinking that Brandon should NOT pay the consequences for his actions- I have found that taking responsibility for my own actions helped me not to repeat them in the future- and I feel that it is essential for his growth and maturity. From what I have gathered about his current situation, he's in quite a bit of hot water. Now, I haven't been informed of all the details, but what I do know is that he was under the influence of drugs and/or alcohol. This disease owns people and, at least out here in California, the jails and institutions are overcrowded with inmates. The majority of which are alcoholics and drug addicts. It may be worth considering a drug and alcohol treatment program for Brandon. There may be one available to him in prison. There may be something merit system that he and the judicial system can work with. I'm not sure what the options out there are, but given the chance, he may be able to grasp this thing and turn his life around. The statistics prove that his chances of doing so are not that good, but I feel it's worth a try. I hope that you will, at the very least, put some time and consideration into what I've mentioned above.

It might not seem like that big of a deal, but it certainly is to me- I have buried people that failed to follow through with these simple steps. I still have a steady stream of mail to people in prison who failed to follow these steps. But, I have rarely seen a person who continues to follow these steps return to the ways that put them in this position in the first place.

I was given a chance and Alcoholics Anonymous saved my life. I continue to do these seemingly simple things because the results are real for me and my life keeps getting better. In doing so, not only do I get to stay sober and continue to grow, but I get to watch people do the same and see that the results are real for others as well.

Thank you for your time in reading this as it has sincerely been a pleasure to write it. If you have any questions about anything, please do not hesitate to call.

From: **Michael Lohrman** mikel@epicuren.com 
Subject: Brandon Wagner Testimonial
Date: March 7, 2017 at 3:55 PM
To: RAPesq@aol.com

Please see attached and forward to Judge Boyko. Thank you.

Michael W Lohrman | CEO | epicuren discovery | 26081 merit circle #115-117 | laguna hills | ca | 92653
d: 949.900.4385 | tf: 800.235.1217 x103 | f: 949.900.4381 | e: mikel@epicuren.com
www.epicuren.com | like us on facebook | save trees…print less

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please contact the sender by reply email and destroy all copies of the original message.



Brandon
Wagne...ial.doc

3-3-2017

Judge Christopher Boyko
Carl B. Stokes US Court House
801 West Superior Ave. Rm. 1513
Cleveland, OH 44113

Re: Brandon Wagner

My name is Kirk Raieck. I've been a friend of Brandon Wagner for 15 years. He is a very intelligent, acknowledgeable man. A loving son and father. He is very business minded. And a skilled craftsman in motorcycle repair-rebuilds. He is a man's man. Someone always there to lend a helping hand. Unfortunately he fell victim to drugs. And have struggled with them for years. In fact this case, in you court room is a result of them. we've had long, deep conversations about mental health and drug issues. He knows he suffers with both diseases. He wants and needs treatment for both. He says he paid a high price for such a low life. He understands with treatment how much better a person can be in his community and home life. He wants to move forward with his life with the help of family, friends, and treatment. Your Honor I ask for your leniency. I believe that an extended prison term, would be a tremendous hardship for him, his mother, daughter, family, and friends. Thank you for your help and support with Brandon Wagner in this important matter.

Sincerely,
(a very heart broken friend)
Kirk C. Raieck

Mr. Brandon Wagner

Judge Christopher Boyko          3/3/2017
Carl B Stokes U.S. Courthouse
801 West Superior Ave. Room 1513
Cleveland, Ohio 44113

My name is Rick Rwick. I've been a
friend of Brandon Wagner for 15 yrs. He
is a very intelligent, knowledgeable man.
A loving Son and Father. He is very bus-
iness minded. And a skilled craftsman
in motorcycle repair - rebuilds. He is a
Mans Man. Someone always there to
lend a helping hand. Unfortunately he
fell victim to drugs. And have struggled
with them for years. In fact this case, in
your courtroom is a direct result of them.
We've had long, deep conversations about
mental health and drug issues. He knows
he suffers with both diseases. He wants
and needs treatment for both. He says
he paid a high price, for such a low
life. He understands with treatment. How
much better of a person he can be in his
community and home life. He wants to
move forward with his life. With the help

of family, friends and treatment. Your
Honor I ask for your leniency. I believe
that a extended prison term, would be
a tremendous hardship for him, His –
mother, daughter, family and friends.
Thank you for your help and support with
Brandon Wagner in this important –
matter

Sincerely
(A Very Heart Broken Friend)
Kirk C Raiecki

3-1-17

Dear Judge Boyko,

Brandon Wagner has been my friend since I was 21 years old. He is compassionate, intelligent, funny, generous, and talented. He also struggles with an addiction that has wreaked havoc on his life. He is not a drug dealer, he is and addict.

I write to you with respect and ask that when you consider his future, you might be able to see him as the man I know him to be. In my younger years, he was there for me in times when I was feeling very hurt. He never exposed me to danger, and he was there for me as a best friend when others weren't. More recently, upon learning that my hours at work had been cut and as Christmas was approaching, he collected toys that his daughter no longer used and gave them to me as gifts for my son so that he would have more to open on Christmas morning. My son struggles to connect with his peers sometimes and Brandon was a person who listened to him express all his interests in Japanese culture and obscure tv shows with great patience and sensitivity. My son still asks about him, and the skate board Brandon had told him he  would build and show him how to use.

Brandon is one of the smartest, kindest people I know. He is an amazing writer with incredible wit. He is a skilled mechanic who was trying to make better decisions in his life for himself and also for his daughter.

I thank you for reading my letter and humbly ask that when you decide Brandon's future, you consider him as a victim of his addiction and not as the image portrayed by his past. He is so much more than that. I pray for him and his family every night and I wish he had been given more opportunities for recovery in the course of his struggles.

Respectfully,
Jenna Prestigomo

From: **Jenna Prestigomo** jenna.prestigomo@rocketmail.com
Subject: character letter Brandon Wagner
Date: March 1, 2017 at 7:25 AM
To: RAPesq@aol.com

Dear Judge Boyco,

Brandon Wagner has been my friend since I was 21 years old. He is compassionate, intelligent, funny, generous and talented. He also struggles with an addiction that has wreaked havoc on his life. He is not a drug dealer, he is an addict.

I write to you with respect and ask that when you consider his future, you might be able to see him as the man I know him to be.  In my younger years, he was there for me in times when i was feeling very hurt.  He never exposed me to danger, and he was there for me as a friend when others weren't. More recently, upon learning that my hours at work had been cut and as Christmas was approaching, he collected toys that his daughter no longer used and gave them to me as gifts for my son so that he would have more to open on Christmas morning. My son struggles to connect with his peers sometimes and Brandon was a person who listened to him express all his interests in Japanese culture and obscure tv shows with great patience and sensitivity.  My son still asks about him, and the skate board Brandon had told him he would build and show him how to use.

Brandon is one of the smartest, kindest people I know.  He is an amazing writer with incredible wit.  He is a skilled mechanic who was trying to make better decisions in his life for himself and also his daughter.

I thank you for reading my letter and humbly ask that when you decide Brandon's future, you consider him as a victim of his addiction and not as the image portrayed by his past. He is so much more than that. I pray for him and his family every night and I wish he had been given more opportunities for recovery in the course of his struggles.

Respectfully,
Jenna Prestigomo

Sent from Yahoo Mail on Android

Roger A. Belagalli Co., LPA

6659 Pearl Rd. Suite 401

Parma Heights, OH 44130

Concerning:  Brandon Wagner

My name is Jon Hartle.  I am 70 years old.  I am retired and not in good health.  Yard work has become a hard task for me.  Brandon Wagner's mother and daughter live across the street from us and are good friends to us.

One day Brandon saw me trying to cut my lawn and came over and said he would do it.  When I went to pay him he said "no thanks".  (I stuffed the money in his pocket anyways)  He has done our lawn many times and walks over to put our trash and recycle cans away.

My double garage was filled so bad you could not park in it.  Brandon offered to help me clean it.  He ended up doing all the work.  This was a week-long project.

He has always been very polite and hard working at our home.  He has been the kind of neighbor, we are proud to know.  Brandon was a good partner to work with.  I judge this from 45 years as an Operating Engineer/Field Service Mechanic /Instructor.

Jon G. Hartle

160 The Mall

Berea OH  44017

2-26-17

Dear Judge Boyko,

I am writing as a character witness for the impending trial of Brandon Wagner. He and I have known each other since he was about 18-years-old. We met through skateboarding and the music scene in Cleveland, Ohio. Brandon is one of the most creative individuals that I have ever known. He plays musical instruments, makes his own clothes, writes, draws, and holds a conversation that's second to none. Our friendship grew throughout the years, and he was always there for me when I needed him. Most importantly, he always makes me laugh.

As with many creative types, he ended up with the vices he could not control; mainly, the curse of the addiction disease.

Addiction is a tough illness to address. The steps to curb it are not easy, and when one ends up in the system- it doesn't seem to help. I am always saddened when people cannot "clean up" because our society doesn't give then the proper means to recover. My brother has gone through the same thing, along with the willingness, he needed a lot of money to get clean. Brandon has been caught in the vicious circle of said "system" most of his adult life.

Brandon is not violent. He is passive and has a heart filled with love. He has a disease that may have lead him down the road of destruction, but it hasn't turned him into a vindictive person. He needs positive role models to help him recover and refocus on creative outlets; not a lengthy prison sentence that could just lead him to dead end.

Thank you for your time.

Best,

Rita Kassak

From: **R. Kassak** kassak.rita@gmail.com
Subject: Brandon Wagner - Judge Boyko
Date: February 26, 2017 at 4:06 PM
To: RAPesq@aol.com

Dear Judge Boyko,

I am writing as a character witness for the impending trial of Brandon Wagner. He and I have known each other since he about about 18-years-old. We met through skateboarding and the music scene in Cleveland, Ohio. Brandon is one of the most creative individuals that I have ever known. He plays musical instruments, makes his own clothes, writes, draws and holds a conversation that's second to none. Our friendship grew throughout the years, and he was always there for me when I needed him. Most importantly, he always makes me laugh.

As with many creative types, he ended up with vices that he could not control; mainly, the curse the addiction disease.

Addiction is a tough illness to address. The steps to curb it are not easy, and when one ends up in the system - it doesn't seem to help. I am always saddened when people cannot "clean up" because our society doesn't give them the proper means to recovery. My brother has gone through the same thing, and along with the willingness, he needed a lot of money to get clean. Brandon has been caught in the vicious circle of said "system" most of his adult life.

Brandon is not violent. He is passive and has a heart filled with love. He has a disease that may have lead him down the road of destruction, but it hasn't turned him into a vindictive person. He needs positive role models to help him recover and refocus on creative outlets; not a lengthy prison sentence that could just lead him to a dead end.

Thank you for your time.

Best,

- Rita Kassak
Rita Kassak
I.A.T.S.E Local 44
Buyer * Set Dresser * Prop Assist

3-2-2017

Dear Judge Boyko,

I am writing in regards to Brandon Wagner. I will say I have only seen Brandon about 3 times in my life, but he is a friend of my daughter as well as my boss. I have known of Brandon's mother for years and years. Berea is a very small town where everyone knows everyone. Brandon about 2 years ago had my daughters back and he protected her and never broke that promise that he made her. As I don't personally know him that still means something to me. My daughter's name is Antoinette aka as Anty.

I work as a volunteer for Berea safe passage program along with Ohio PAARI program that is where if you are a addict and you want help you can walk into the Berea police station and ask they will send you away to a rehab. This problem has taking over all states, and families. It's very scary out in the world today for anyone at any age. Addiction is very hard for the young of Ohio its everywhere and doesn't seem to be stopping anytime soon. Ohio is #1 in the US SAD!!!

I see Brandon as a friend, a father, and a son, along with a talent musician. Most of all I see him as a friend and I hear how my daughter will always remind me that he had her back. A man of his word and promise means to me that he is a good person. Most addicts are they just need to me given the right tools.

Thank you for your time and who ever reads this can someone please tell Brandon that my kid remembers his promise and she's now in her first years of nursing school and hello as well.

Lisa Emling
Berea, Ohio
440-341-1030



From: **Lisa M Emling (Energy - 5)** lisa.m.emling@dom.com
Subject: Brandon Wagner
Date: March 2, 2017 at 1:28 PM
To: RAPesq@aol.com



Dear Judge Boyko,

I'm am writing in regards to Brandon Wagner.  I will say I have only seen Brandon about 3 times in my life, but he is a friend of my daughter as well as my boss.  I have known of Brandon's mother for years and years.   Berea is a very small town where everyone knows everyone.  Brandon about 2 years ago had my daughters back and he protected her and never broke that promise that he made to her.  As I don't personally know him that still means something to me.  My daughters names is Antoinette aka as Anty.

I work as a volunteer for Berea safe passage program along with Ohio PAARI program that is where if you are a addict and you want help you can walk into the Berea police station and ask they will send you away to a rehab.  This problem has taking over all states, and families.  It's very scary out in the world today for anyone at any age.  Addiction is very hard for the young of Ohio its everywhere and doesn't seem to be stopping anytime soon.  Ohio is num 1 in the us SAD!!!

I see Brandon as a friend , a father and a son, along with a talent musician.  Most of all I see him as a friend and I hear how my daughter will always remind me that he had her back.  A man of his word and promise means to me that he is a good person.   Most addicts are they just need to be given the right tools

Thank you for your time and who ever reads this can someone please tell Brandon that my kid remembers his promise and she's now in her first years of nursing school and hello as well.

Lisa Emling
Berea, Ohio
440-341-1030

**CONFIDENTIALITY NOTICE:** This electronic message contains information which may be legally confidential and or privileged and does not in any case represent a firm ENERGY COMMODITY bid or offer relating thereto which binds the sender without an additional express written confirmation to that effect. The information is intended solely for the individual or entity named above and access by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution, or use of the contents of this information is prohibited and may be unlawful. If you have received this electronic transmission in error, please reply immediately to the sender that you have received the message in error, and delete it. Thank you.

2-27-17

Dear Judge Boyko,

This letter is to inform you that there are people who care for Brandon Wagner, myself being one of them. Please find it in your heart to be lenient in his sentencing. He deserves a second chance to turn his life around. He is a good, loving, caring person at heart.

Sincerely,

Darius Akita



From: **darius akita** iamclevo@yahoo.com
Subject: Brandon Wagner letter for Judge Boyko from Darius Akita
Date: February 28, 2017 at 8:46 PM
To: RAPesq@aol.com

Dear Judge Boyko,

This letter is to inform you that there are people who care for Brandon Wagner, myself being one of them. Please find it in your heart to be lenient in his sentencing. He deserves a second chance to turn his life around. He is a good, loving, caring, person at heart.

Sincerely,

Darius Akita

Sent from my keitai

2-26-17

Dear Judge Boyko,

Brandon Wagner entered my life at  a very young age. In his late teenage years, Brandon used to babysit me as  an infant and cared for me like I was an extension of his own. I asked that you please show mercy, hope, and compassion towards Brandon. There is a beautiful man still trapped inside himself that I've had the pleasure of experiencing first hand. Brandon Wagner deserves one last chance to turn his life around himself, his daughter, his mother and all of his friends who love and care for him deeply. Please take that into consideration when deciding the deposition of his case.

Thank you,

Amanda Drahos

From: **Amanda Drahos** mandydrahos@gmail.com
Subject: Dear Judge Boyko
Date: February 26, 2017 at 10:52 AM
To: RAPesq@aol.com



Brandon Wagner entered my life at a very young age. In his late teenage years, Brandon used to babysit me as an infant and cared for me like I was an extension of his own. I ask that you please show mercy, hope and compassion towards Brandon. There is a beautiful man still trapped inside himself that I've had the pleasure of experiencing first hand. Brandon Wagner deserves one last chance to turn his life around for himself, his daughter, his mother, and all of his friends who love and care for him deeply. Please take that into consideration when deciding the deposition of his case.

Thank you very much.

2-22-17

Dear Judge Boyko,

My name is Chad Szekelyi. I am writing on behalf of my friend Brandon Wagner. Brandon and I became friends when we were kids, during the 1980's. From the time I met him until today, I've always admired his contagious sense of humor, his creative drive and his ability to bring ideas into reality. Brandon has always excelled whatever he puts  his mind to. He has drive, and a good heart and soul. I hope my writing will impact your decision.

Thank You,

Chad Szekelyi

3-1-2017

Dear Judge Boyko,

I've known Brandon for about 10 years, through the good and the bad and his gentle demeanor never changed. He knows that the drugs have made him make bad decisions and truly wants to get on the right path forward. The last time I talked to him, he could not stop talking about his daughter and what he needed to do to be a positive person in her life, she was showing a interest in music and made him so happy. So for this reason he needs a proper help not extended prison time so he can clean up and get back to his daughter.

Thank you for listening,

Joe K.

From: **vonjoe01**  vonjoe01@aol.com
Subject: Dear judge Boyko
Date: March 1, 2017 at 8:38 PM
To: RaPesq@aol.com



I've known Brandon for about 10 years, through the good and the bad and his gentle demeanor never changed. He knows that the drugs have made him make bad decisions and truly wants to get back on the right path forward. The last time I talked to him, he could not stop talking about his daughter and what he needed to do to be a positive person in her life, she was showing a interest in music and made him so happy. So for this reason he needs proper help not extended prison time so he can clean up and get back to his daughter. Thank you for listening, Joe k.

Sent via the Samsung GALAXY S®4 Active™, an AT&T 4G LTE smartphone

3-1-2017

Dear Judge Boyko,

I am writing concerning a good friend of mine, Brandon Wagner. Brandon has been my friend for 10 years, and he is an incredible, truly good-hearted person.

I had a pleasure of knowing Brandon while he was clean and sober, prior to when the demons sabotaged his life. He has so much talent and potential. he is an amazing motorcycle mechanic, and while clean he excelled at his trade.

He is strong willed, I know he has strength to recover from this terrible addiction. prior to his arrest, he was getting his life back together. He was almost off of probation, was living back at home, taking care of his daughter. he was seeing his doctor regularly, and being proactive taking care of his mental health, physical health, and addiction. I believe the doctors failed him by not treating him properly, and giving him a medication combination that only fueled his addiction, rather than help it. I also believe that court system in the past has failed him. I am unsure why he's never been offered to be sent to a rehab program, like so many other fortunate people have. Prior to his arrest he was also working full time, got his license back and purchased a vehicle. His daughter needs him in her life. Without Brandon, she will have zero family.

I know the person Brandon had the potential to be. He is the type of person that would give you the shirt off of his back. He values his friends and family, and is always stepping up to help anyone out if they need him. I myself have struggled with addiction in the past. I have been clean for over 10 years, and it seems like an entire past life that I barely recall now. I know Brandon has the capability of accomplishing the same thing. This drug epidemic taking over America is evil, and everyone these days knows somebody whose life has been damaged by it. Brandon is not a perfect person, as no one is, but I believe everyone deserves a chance to recover and create a new life.

Thank you so much for taking the time to read this.

Sincerely,

Stacy Grafmeyer

From: **Stacey Grafmeyer** stace3202@hotmail.com
Subject: Letter for Brandon Wagner
Date: March 1, 2017 at 2:50 PM
To: RAPesq@aol.com



Dear Judge Boyko:

I am writing concerning a good friend of mine, Brandon Wagner. Brandon has been my friend for ten years, and he is an incredible, truly good-hearted person.
I had the pleasure of knowing Brandon while he was clean and sober, prior to when the demons sabotaged his life. He has so much talent and potential. He is an amazing motorcycle mechanic, and while clean-he excelled at his trade.
He is strong willed, I know he has the strength to recover from this terrible addiction. Prior to his arrest, he was getting his life back together. He was almost off of probation, was living back at home, taking care of his daughter. He was seeing his doctor regularly, and being proactive taking care of his mental health, physical health and addiction. I believe the doctors failed him by not treating him properly, and giving him a medication combination that only fueled his addiction, rather than help it. I also believe the court system in the past has failed him. I am unsure why he has never been offered to be sent to a rehab program, like so many other fortunate people have.
Prior to his arrest he was also working full time, got his license back and purchased a vehicle.
His daughter needs him in her life. Brandon's aunt and mother are currently providing for her while he is away, but his mother and aunt are growing older and in poor health. They will not be here forever. Her mother has never been in her life. Without Brandon, she will have zero family.
I know the person Brandon had the potential to be.He is the type of person that would give you the shirt off of his back. He values his friends and family, and is always stepping up to help anyone out if they need him.
I myself have struggled with addiction in the past. I have been clean for over ten years, and it seems like an entire past life that I barely recall now. I know Brandon has the capability of accomplishing the same thing. This drug epidemic taking over America is evil, and everyone these days knows somebody whose life has been damaged by it. Brandon is not a perfect person, as no one is, but I believe everyone deserves a chance to recover and create a new life.
Thank you so much for taking your time to read this.

Sincerely,
Stacey Grafmeyer

3-6-2017

Dear Judge Boyko,

My name is Tim Fiorucci. I am writing you regarding my friend Brandon Wagner. I made friends with Brandon awhile ago through skateboarding and playing music.

A number of years back I attended welding school with the hopes of getting into the motorcycle industry. When I learned about Brandon was a very knowledgeable mechanic, I would pick his brain any chance I could. he eventually helped me get a job at a custom motorcycle shop owned by Jesse Bassett called Gasbox. Working with Brandon wasn't much like work at all. He was fun to be around he would have us all laughing so hard my side would hurt by the day's end. I learned a great deal from being his colleague.

Brandon has always been a great friend to me and I know he is a really good person deep down. I'm not disputing that he's made some very poor decisions, but I truly believe if given a chance he will turn his life around.

In closing, Thank You for taking the time to read my letter. I hope my letter and others you've received on Brandon's behalf have given you a good reference of the TRUE character of Brandon Wagner; whether it were big or small, would be greatly appreciated.

Thank you again for taking the time to read this letter.

Sincerely,

Tim Fiorucci

From: **Timothy Fiorucci** fiorucci.tim@gmail.com
Subject: Dear Judge Boyko
Date: March 6, 2017 at 8:18 PM
To: RAPesq@aol.com

Dear Judge Boyko,
   My Name is Tim Fiorucci.  I am writing you regarding my friend Brandon Wagner.  I made friends with Brandon awhile ago through skateboarding and playing music.

   A number of years back I attended welding school with hopes of getting into the motorcycle industry.  When I learned about Brandon was a very knowledgeable mechanic, I would pick his brain  any chance I could. He eventually helped me get a job at a custom motorcycle shop owned by Jesse Bassett called The Gasbox.  Working with Brandon wasn't much like work at all. He was so fun to be around he would have us all laughing so hard my side would hurt by the days end.  I learned a great deal from being his colleague.

   Brandon has always been a great friend to me and I know hes a really good person deep down. I'm not disputing that hes made some very poor decisions, but I truly believe if given a chance he will turn his life around.

In closing, Thank you for taking the time to read my letter.  I hope my letter and others you've received on Brandon's behalf have given you a good reference of the TRUE character of Brandon Wagner.  I fully understand the seriousness of the situation.  I would just like to mention that any leniency towards Brandon; whether it were big or small, would be greatly appreciated.

Thank you again for taking the time to read this letter.

Sincerely,

Tim Fiorucci

3-6-2017

Dear Judge Boyko,

In regards to Mr. Brandon Wagner, I grew up with Brandon in the city of Berea. I watched his good loving and talented life unfold before my eyes. You personally know this case better than anyone else, not only for the life lost which is heartfelt for the family of the victim…I'm sorry but this problem we are facing in Ohio and across the nation needs to be stamped out, starting with Afghanistan, to our southern border. It's sad Sir! 20 years?

Thank you for your time.

Sincerely,

The angry Teamster/David C. Starks

From: **David Starks** starksdavid@ymail.com
Subject: Brandon Wagner
Date: March 6, 2017 at 6:51 PM
To: RAPesq@aol.com

Dear Judge Boyko,
   In regards to A Mr. Brandon Wagner, I grew up with Brandon in the city of Berea. I watched his good loving and talented life
unfold before me eyes. You personally know this case better then anyone else, not only for the life lost which is heart felt for the
family of the victim... I'm sorry but this problem we are facing in Ohio and across the nation needs to be stamped out, starting with Afganistan,
to our southern border. It's sad sir! 20years?

Thank you for time, sincerely yours. The angry Teamster / David c. Starks

3-2-2017

Dear Judge Boyko,

I first met Brandon when I was around 19. I was constantly in and out of trouble, with no place to stay. At this time Brandon was a motorcycle mechanic, and responsible mentor. He took me in and let me live with him rent free, until I got myself together. In that time period I was able to work off my first car and progress exponentially. I think back on it often, and wonder where I would be had he not helped me change my situation, and most importantly, my mindset. I know Brandon as a caring, intelligent human. If there was anything I could ever do to help his situation I would do it. He was the older brother I never had, and that's why I am writing this letter. Thank you for your time and consideration.

Sincerely,

Corey Rulong



From:  coreyrulong26@yahoo.com
Subject:  Character reference
Date:  March 2, 2017 at 3:00 PM
To:  RAPesq@aol.com

Dear judge boyko,
I first met Brandon when I was around 19. I was constantly in and out of trouble, with no place to stay. At this time Brandon was a motorcycle mechanic, and responsible mentor. He took me in and let me live with him rent free, until I got myself together. In that time period I was able to work off my first car and progress exponentially. I think back on it often, and wonder where I would be had he not helped me change my situation, and most importantly, my mindset. I know Brandon as a caring, intelligent human. If there was anything I could ever do to help his situation I would do it. He was the older brother I never had, and that's why I am writing this letter. Thank you for your time and consideration. Sincerely, Corey Rulong.

3-6-2017

Honorable Judge Boyko,

I have known Brandon Wagner since the day he was born. My son was born a few months after Brandon. He was an intelligent curious child, full of wonder for his life ahead of him. He had many friends and family that loved him and loved them right back. He was good in school and generous to a fault. He would give someone the shirt off his back if they needed it. He was raised with excellent core values. Brandon and my son were great friends in their youth. They played baseball together, spent the night at each other's house, and skateboarded together.

In my honest opinion, I believe the early tragedies that Brandon suffered had an effect on him. Losing his father at an early age disrupted his life. His beloved uncle Alvin became a father figure to him and them losing him was devastating to us all, especially young Brandon.

I am in the medical field and I have seen more than my share of the effects of drugs and addiction. We are I a deathly destructive epidemic of drug addiction in this whole country, no matter if it's a big city or idyllic picturesque small town. It is an equal opportunity destroyer of lives.

Brandon is a good man with a good heart who loves his family and friends unconditionally. Granted, he has made bad choices, but everyone has myself include.

Patricia Preston
3114 Echo Hills Road
Bath Township, Ohio 44333
Phone 234-466-0448

From: **Pattypreston** pattypreston@rocketmail.com
Subject: Brandon Wagner
Date: March 6, 2017 at 12:21 PM
To: RAPesq@aol.com

Honorable Judge Boyko,

I have known Brandon Wagner since the day he was born. My son was born a few months after Brandon. He was an intelligent curious child, full of wonder for his life ahead of him. He had many friends and family that loved him and he loved them right back. He was good in school and generous to a fault. He would give someone the shirt off his back if they needed it. He was raised with excellent core values. Brandon and my son were great friends in their youth. They played baseball together, spent the night at each other's house, and skateboarded together.

In my honest opinion, I believe the early tragedies that Brandon suffered had an effect on him. Losing his father at an early age disrupted his life . His beloved Uncle Alvin became a father figure to him and then losing him was devastating to us all, especially young Brandon.

I am in the medical field and I have seen more than my share of the effects of drugs and addiction. We are in a deathly destructive epidemic of drug addiction in this whole country, no matter if it's a big city or idyllic picturesque small town. It is an equal opportunity destroyer of lives.

Brandon is a good man with a good heart who loves his family and friends unconditionally. Granted, he has made bad choices, but everyone has myself included.

Please contact me if you wish

Patricia Preston
3114 Echo Hills Road
Bath Township, Ohio    44333
Phone 234-466-0448

Sent from my iPad

2-26-17

Dear Judge Boyko,

I am writing you on behalf of Brandon Wagner who I consider to be a close friend. Anyone who knows Brandon knows he has a brilliant mind and a big heart. He is a loving father, and esteemed musician, skilled motorcycle mechanic, and generally a pleasure to be around. It breaks my heart that such a radiant soul struggles with addiction but that is the nature of the disease, it does not discriminate. I myself was addicted to heroin for years before I surrendered my will and accepted help. 11/16/14 is my sobriety date and it's hard to believe how much my life has changed and improved since then. Everyone suffering from this disease deserves a chance to change and discover the potential within themselves. I believe if he can focus on his recovery and put his past  behind him he will have so much to offer this world. Thank you for taking the time to read this.

Respectfully,

Russell A. Sanderson IV

From: **russ sanderson** russellaiv@yahoo.com
Subject: Brandon Wagner 2.26.2017
Date: February 26, 2017 at 9:37 PM
To: rapesq@aol.com

Dear Judge Boyko

I am writing you on behalf of Brandon Wagner who I consider to be a close friend. Anyone who knows Brandon knows he has a brilliant mind and a big heart. He is a loving father, an esteemed musician, a skilled motorcycle mechanic, and generally a pleasure to be around. It breaks my heart that such a radiant soul struggles with addiction but that is the nature of the disease, it does not discriminate. I myself was addicted to heroin for years before I surrendered my will and accepted help. 11/16/14 is my sobriety date and it's hard to believe how much my life has changed and improved since then. Everyone suffering from this disease deserves a chance to change and discover the potential within themselves. I believe if he can focus on his recovery and put his past behind him he will have so much to offer this world. Thank you for taking the time to read this.

Respectfully,

Russell A. Sanderson IV


Sent from Yahoo Mail for iPhone

2-27-17

Dear Judge Boyko,

After sending my first letter I thought more about the matter and realized I left out an important detail to consider. When I was at the worst point in my addiction days before I made e the decision to get sober, I was pink slipped and placed in a rehab which I walked out of hours after being admitted. When Brandon heard the news that I left, he not only encouraged me to go back, he to my family where to find me. I hated him for that at the time but if it weren't for him letting them know where I would be, I don't think I would have made it back to treatment. I didn't want to be sober. My plan was to get as high as possible with the hope of not waking up to my situation again. I am eternally grateful for everyone who played a part in my sobriety and I consider Brandon to be one of them. Brandon never enabled or encouraged my using. Even though he was sick with the same disease, he hated seeing me doing it to myself. He expressed to me countless times how he didn't want to see me end up like him. It was pretty clear he resented his disease but did not see a way out, and I am familiar with that feeling of powerlessness. Once again, thank you for reading.

Respectfully,

Russell A. Sanderson IV

From: **russ sanderson** russellaiv@yahoo.com
Subject: Brandon Pt. 2
Date: February 28, 2017 at 12:09 PM
To: rapesq@aol.com

Dear Judge Boyko,

After sending my first letter I thought more about the matter and realized I left out an Important detail to consider. When I was at the worst point in my addiction days before I made the decision to get sober, I was pink slipped and placed in a rehab which I walked out of hours after being admitted. When Brandon heard the news that I left, he not only encouraged me to go back, he told my family where to find me. I hated him for this at the time but if it weren't for him letting them know where i would be, I don't think I would have made it back to treatment. I didn't want to be sober. My plan was to get as high as possible with the hope of not waking up to my own situation again. I am eternally grateful for everyone who played a part in my sobriety and I consider Brandon to be one of them. Brandon never enabled or encouraged my using. Even though he was sick with the same disease, he hated seeing me doing it to myself. He expressed to me countless times how he didn't want to see me end up like him. It was pretty clear he resented his disease but did not see a way out, and I am familiar with that feeling of powerlessness. Once again, Thank you for reading

-Russell A Sanderson IV


Sent from Yahoo Mail for iPhone

3-5-2017

Dear Judge Boyko,

I am writing you to ask for leniency for Brandon Wagner whom I have known since 1982. I knew him as a child and he was a good friend to my son. I have also known his family since that date. I know his mother, his daughter and also knew his grandparents.

I know him to be a caring person and a good person who has had issues with drugs like so many others have. I know he had sought out treatment for this on his own without being forced to by anyone to do it. He was before his arrest making great strides with his life.

Brandon has reconnected with his family and especially his daughter. His family has always been important to him. He was very devoted to his grandparents and his mother. Brandon has a great support system in his life. There are many people, friends, and family, who are willing to support him and be there for him. Including myself. There are people in his life that love him and care about him who want him to succeed.

I am respectfully asking you to consider leniency because he has never been the kind of person who would harm anyone but himself. He just doesn't have it in him to do that. Brandon is a good person and caring person who had a bad habit. One that he understood he could do something about and was doing so. He was moving forward with his life he loves his daughter Avril very much. He has a family that is devoted to him and true friends that care.

Please take my letter into consideration.

Donna M. Wilson
8080 Fair Road
Strongsville, Ohio 44149

Donna M. Wilson
msdwilson50@gmail.com



From: **Donna M. Wilson** msdwilson50@gmail.com
Subject: Brandon Wagner
Date: March 5, 2017 at 12:36 AM
To: RAPesq@aol.com

-Dear Judge Boyko,

I am writing you to ask for leniency for Brandon Wagner whom I have known since 1982. I knew him as a child and he was a good friend to my son. I have also known his family since that date. I know his mother, his daughter and also knew his grandparents.

I know him to be a caring person and a good person who has had issues with drugs like so many others have. I know he had sought out treatment for this on his own without being forced to by anyone to do it. He was before his arrest making great strides with his life.

Brandon has reconnected with his family and especially his daughter. His family has always been important to him. He was very devoted to his grandparents and his mother. Brandon has a great support system in his life. There are many people, friends and family, who are willing to support him and be there for him. Including myself.  There are people in his life that love him and care about him who want him to succeed

I am respectfully asking you to consider leniency because he has never been the kind of person who would harm anyone but himself. He just doesn't have it in him to do that. Brandon is a good person and caring person who had a bad habit. One that he understood he could do something about and was doing so. He was moving forward with his life and he loves his daughter Avril very much. He has a family that is devoted to him and true friends that care.

Please take my letter into consideration.

Donna M. Wilson
8080 Fair Road
Strongsville, Ohio 44149


Donna M. Wilson
msdwilson50@gmail.com

2-26-17

Dear Judge Boyko,

Hi, my name is Wayne Sherman.
I have known Brandon Wagner for 10 plus years. I was struggling with heroin addiction and he was the person who convinced me I needed help and dropped me off at Stella Maris Detox on April 20th, 2015. I have remained completely sober since that day Brandon took me to rehab. If it weren't for Brandon I would most likely be dead or in prison. I have helped others achieve sobriety in the process as well. To me, Brandon was a catalyst for all of this. He has a huge heart and no matter what, I'll always consider him a great friend and a good person. Please take this into consideration when deciding the disposition of his cases.

Sincerely,

Wayne Sherman

In Regards to: Brandon Wagner

My name is Joseph Hartle. I am 43 yrs old and a college graduate and work in accounting.   My parents live across the street from Brandon and his mother, aunt and daughter.  Brandon has been outstanding with my daughter Kaleigh, who is special needs.  He taught her how to ride her bike.  He has helped my parents out around their home on multiple occasions.

Brandon's daughter and my daughter are friends and he treats Kaleigh as a family member, when they are together.  Brandon is very respectful of both my parents and my daughter.

I am very selective about the individuals whom I allow around my daughter and Brandon is someone who I not only allow around her, I know that he will take care of her and guide her in a positive way.

Thanks

Joseph Hartle

15658 Ashland Dr.

Brookpark, OH  44142

To Whom It May Concern,

My name is Carol Hartle. I am a senior citizen. I am married with four grown children, three of whom are adopted as older children and had been victims of abuse. We also have four grandchildren; one the youngest, Kaleigh, we watch every day after school and school breaks and occasionally on the weekends. We also have one great grandson.

We live across the street from Avril Sutherland Wagner. This is how we met Brandon Wagner. Our youngest grandchild is and has been friends with Brandon's Daughter AVeril Wagner. Our youngest granddaughter is Special Needs. She as DeGeorge Syndrome, Autism and has had a stroke in utero. The doctors said she would probably never walk (at least without a walker) and she would probably never talk. She is walking and talking after much therapy.

Avril, Brandon's daughter, is a good friend to Kaleigh. She also has lots of empathy for Kaleigh. This is how we met Brandon. At first, he came to our house to get AVril to bring her home. He introduced himself and was polite. As we got to know him, he would help us with some small projects. Also, by bringing our rubbish cans back to our house on garbage. He cut our lawn for us when my husband, Jon, was not feeling well. One day, when I was having dinner with my older sister my sister got very ill. I called my husband to help me. Since I had the car he did not have transportation. So he called Avril's house and asked if someone could drive him to the restaurant. Brandon came over immediately to help Jon and was genuinely concerned. There have been many times that Brandon has helped us and we have never had any concerns about him.

Our granddaughter Kaleigh, was never able to learn to ride a bicycle. We had tried many times to teach her, but she has some delays on her left side due to the stroke she had. This makes it very hard for her to balance, hold on, and move her legs at the same time. Brandon felt bad when Kaleigh told him that she wished she could ride a bike. He tried to teach her on a traditional bike, to no avail. Then he remembered an old three wheel bike in his garage. Brandon fixed up the bike and had Kaleigh riding it in no time. She smiled from ear to ear and yelled across the street to me, "Grandma, I AM RIDING A BIKE!" Brandon came up with this idea and taught her to use the bike.

I guess what I am trying to say is that Brandon has always been kind and friendly to us and to our granddaughter, whom we are always very protective of. He has always been polite to us and we have NEVER had any concerns about having him in our home.


Sincerely,

*Carol Hartle*

Carol Hartle

3-2-2017

Dear Judge Boyko,

Brandon is my friend. I like him. He showed me how to ride my bike. I miss him.

From Kaleigh Hartte

From: **jon hartle** jonhartle@att.net 
Subject: Fw: Kaleigh Hartle's letter for Brandon Wagner
Date: March 2, 2017 at 12:21 AM
To: RAPesq@aol.com

On Thursday, March 2, 2017 12:16 AM, "jonhartle@att.net" <jonhartle@att.net> wrote:

Sent from  Mail for Windows 10

avast  This email has been checked for viruses by Avast antivirus software.
www.avast.com





February 26, 2017

The Honorable Judge Christopher A. Boyko
Carl B. Stokes United States Court House, Courtroom 15B
801 West Superior Avenue
Cleveland, Ohio 44113

RE: United States of America vs. Brandon Wagner

Your Honor,

I am writing this letter as a witness to Brandon Wagner's character. I have been a lifelong friend of
Brandon and the Wagner family. If there is one point that I hope to convey in this letter is that Brandon
Wagner is good person who, due to his drug addiction, has done some bad things. Brandon and I both
shared many hopes and dreams as teenagers but gradually succumbed to a life of drug addiction.
Thankfully, in 2001, I was blessed with the opportunity to change my life at The Ed Keating Center. As a
result, I have over 15 years of uninterrupted sobriety and remain active in the recovery community.  I
work as a Steelworker and live a wonderful life with my wife and two children.

I have known Brandon to be a good person - a remarkable person, actually.  I am sure that if you talked
with anyone that has known Brandon you would hear the same response, "I love that guy, it's a shame."
He is a person with a genuinely good heart and an infectious charisma for life that unfortunately became
distorted by drug addiction. He has countless friends and admirers that can't understand how he ended up
where he is today. Brandon is truly the type of person that would give you the "shirt off his back".

Since his release from prison in 2009, I have watched Brandon try to be a father, son and a contributing
member of society. We have had many heartfelt talks. I know he carried a lot of mental baggage with him
that I don't believe he was able to process correctly. Ultimately, he made the mistake of using drugs and
the drugs called the shots.

I have watched firsthand as this modern "heroin epidemic" has filled the Greater Cleveland rooms of
recovery with more and more young men and women. I am in no way undermining the severity and tragic
nature of Brandon's actions. I believe that alcoholism and drug addiction are no excuse for one's actions
and one must be held accountable for breaking the law. I also believe that, from firsthand experience,
once an addict hits bottom and accepts responsibility for their actions they can recover. I pray and hope
that Brandon has hit his bottom. I talked to him the night he was accidentally released from the Cuyahoga
County Jail and heard something different in his voice. I believe that when he turned himself in the next
morning he "surrendered" in more ways than one.

Thank you for your time and consideration.

Sincerely,


Eric Becker
4483 West 228th Street
Fairview Park, Ohio 44126
(440) 342-4021

2-26-17

Dear Judge Boyko,

My name is Dennis Clanton. I have known Brandon Wagner over 20 years and employed him for several years. I would just like to say that while he has his drug problem he is a very good person. He is like many people in that he has a drug problem. I dealt with Brandon for tears when he was sober and he was a reliable hardworking individual with a good heart. I also knew his other side it was never violent or anything like that. If he can get sober for several years I feel Brandon can be a great, productive member of society. He is a good person with a  big problem I think he can overcome.

Dennis Clanton



From: 2565601885@mypixmessages.com
Subject:
Date: February 26, 2017 at 7:30 PM
To: RAPesq@aol.com

My name is Dennis Clanton.I have known Brandon Wagner over 20 years and employed him for several years.I would just like to say that while he has his drug problem he is A very good person.He is like many people in that he has A drug problem.I dealt with Brandon for years when he was sober and he was A reliable hardworking individual with A good heart.I also knew his other side and it was never violent or anything like that.If he can get sober for several years I feel Brandon can be A great,productive member of society.He is A good person with A big problem I think he can overcome.This picture message or video message was sent using Multimedia Messaging Service.

To play video messages sent to email, Apple QuickTime 6.5 or higher is required. Visit www.apple.com/quicktime/download to download the free player or upgrade your existing QuickTime Player. Note: During the download process when asked to choose an installation type (Minimum, Recommended or Custom), select Minimum for faster download.

3-2-17

Dear Judge Boyko,

I first met Brandon when I was around 19. I was constantly in and out of trouble, with no place to stay. At this time Brandon was a motorcycle mechanic, and responsible mentor. He took me in and let me live with him rent free, until I got myself together. In that time period I was able to work off mu first car and progress exponentially. I think back on it often, and wonder where I would be had he not helped me change my situation, and most importantly, my mindset. I know Brandon as a caring, intelligent human. If there was anything I could ever do to help his situation I would do it . He was the older brother I never had, and that's why I am writing this letter. Thank you for your time and consideration.

Sincerely,
Corey Rulong

From: coreyrulong26@yahoo.com
Subject: Character reference
Date: March 2, 2017 at 3:00 PM
To: RAPesq@aol.com



Dear judge boyko,
I first met Brandon when I was around 19. I was constantly in and out of trouble, with no place to stay. At this time Brandon was a motorcycle mechanic, and responsible mentor. He took me in and let me live with him rent free, until I got myself together. In that time period I was able to work off my first car and progress exponentially. I think back on it often, and wonder where I would be had he not helped me change my situation, and most importantly, my mindset. I know Brandon as a caring, intelligent human. If there was anything I could ever do to help his situation I would do it. He was the older brother I never had, and that's why I am writing this letter. Thank you for your time and consideration. Sincerely, Corey Rulong.

2-26-17

Dear Judge Boyko,

I am writing you on behalf of Brandon Wagner who I consider to be a close friend. Anyone who knows Brandon knows he has a brilliant mind and a big heart. He is a loving father, and esteemed musician, skilled motorcycle mechanic, and generally a pleasure to be around. It breaks my heart that such a radiant soul struggles with addiction but that is the nature of the disease, it does not discriminate. I myself was addicted to heroin for years before I surrendered my will and accepted help. 11/16/14 is my sobriety date and it's hard to believe how much my life has changed and improved since then. Everyone suffering from this disease deserves a chance to change and discover the potential within themselves. I believe if he can focus on his recovery and put his past  behind him he will have so much to offer this world. Thank you for taking the time to read this.

Respectfully,

Russell A. Sanderson IV

2-27-17

Dear Judge Boyko,

After sending my first letter I thought more about the matter and realized I left out an important detail to consider. When I was at the worst point in my addiction days before I made e the decision to get sober, I was pink slipped and placed in a rehab which I walked out of hours after being admitted. When Brandon heard the news that I left, he not only encouraged me to go back, he to my family where to find me. I hated him for that at the time but if it weren't for him letting them know where I would be, I don't think I would have made it back to treatment. I didn't want to be sober. My plan was to get as high as possible with the hope of not waking up to my situation again. I am eternally grateful for everyone who played a part in my sobriety and I consider Brandon to be one of them. Brandon never enabled or encouraged my using. Even though he was sick with the same disease, he hated seeing me doing it to myself. He expressed to me countless times how he didn't want to see me end up like him. It was pretty clear he resented his disease but did not see a way out, and I am familiar with that feeling of powerlessness. Once again, thank you for reading.

Respectfully,

Russell A. Sanderson IV